UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**AMBER BOWENS,**　　　　　　　　　　　　　　　　Civil No. 3:20-CV-379-RLM-MGG

　　　　　　Plaintiff,

v.

**SUNSHINE RETIREMENT LIVING, LLC
D/B/A HERITAGE POINT ASSISTED LIVING
AND MEMORY CARE,**

　　　　　　Defendant.

## NOTICE OF SETTLEMENT

　　Defendant SUNSHINE RETIREMENT LIVING, LLC d/b/a Heritage Point Assisted Living and Memory Care, hereby advises this Honorable Court that the parties have reached an agreement in principle with Plaintiff, AMBER BOWENS. The parties are finalizing the settlement documents and expect to file a stipulation of dismissal within 30 days. It is requested that all pending motions and the scheduled trial date of December 14, 2021 should be stayed pending the filing of the stipulation of dismissal.

　　DATED: December 7, 2021

**OGLETREE DEAKINS**

By: /s/ Jan Michelsen
　　Jan Michelsen, Atty. No.: 18078-49
　　　Email: jan.michelsen@ogletree.com
　　　Direct: 317.916.1300
　　　Facsimile: 317.916.9076
　　111 Monument Circle, Suite 4600
　　Indianapolis, IN 46204

1

**TONKON TORP LLP**

By: /s/ Haley Morrison
    Haley Morrison (admitted *pro hac vice*)
      Email:  haley.morrison@tonkon.com
      Direct:  503.802.2121
    Megan R. Reuther (admitted *pro hac vice*)
      Email:  megan.reuther@tonkon.com
      Direct:  503.802.2174
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204
    Facsimile:  503.274.8779
    *Attorneys for Defendant Sunshine Retirement Living*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jason P. Cleveland
Eric J. Hartz
Cleveland Lehner Cassidy
6214 Carrollton Avenue
Suite 200
Indianapolis, IN  46220
*jason@clcattorneys.com*
*eric@clcattorneys.com*

**OGLETREE DEAKINS**

By: /s/ Jan Michelsen
    Jan Michelsen, Atty. No.: 18078-49
       Email:  jan.michelsen@ogletree.com
       Direct:  317.916.1300
       Facsimile:  317.916.9076
    111 Monument Circle, Suite 4600
    Indianapolis, IN 46204

**TONKON TORP LLP**

By: /s/ Haley Morrison
    Haley Morrison (admitted *pro hac vice*)
       Email:  haley.morrison@tonkon.com
       Direct:  503.802.2121
    Megan R. Reuther (admitted *pro hac vice*)
       Email:  megan.reuther@tonkon.com
       Direct:  503.802.2174
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204
    *Attorneys for Defendant Sunshine Retirement Living*

035305\00024\13044059v1

1