UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AMBER BOWENS, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 3:20-CV-379 RLM |
| SUNSHINE RETIREMENT LIVING, LLC d/b/a HERITAGE POINT ASSISTED LIVING AND MEMORY CARE, | ) ) ) ) ) | |
| Defendants | ) | |

ORDER

The court was advised in December that a settlement had been reached [Doc. No. 74] and the parties were given until February 7, 2022 to file a stipulation of dismissal [Doc. No. 75]. They have neither filed a stipulation nor sought additional time to finalize the settlement documents.

Accordingly, it is ORDERED that the Clerk of the Court mark this action closed for statistical purposes. The court shall retain jurisdiction, and this case shall be restored to the docket upon motion of a party, if circumstances change. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED.

ENTERED:   March 3, 2022

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana